**No. 44389.**—Protest 12534–K of Orient (Los Angeles).

Opinion by TILSON, J. The evidence established that the pajamas in question are in part of braid. The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 44390.**—Protest 29637–K of Oxford University Press, N. Y., Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of book bindings in chief value of leather. It was therefore held dutiable at 15 percent under paragraph 1410 and the trade agreement with the United Kingdom (T. D. 49753) as claimed.

**No. 44391.**—Protest 25205–K of New York Mdse. Co. (New York).

Opinion by DALLIGNER, J. It was stipulated that the merchandise consists of marcel irons similar to those the subject of Abstract 38680. The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 44392.**—Protests 650136–G, etc., of Strauss Bros. & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816) and Abstracts 34372, 34924, 34928, and 38680 the tape measures, glove driers, and curling irons in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 44393.**—Protest 997686–G of Wm. Shaland (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 43372 the tape measures in question were held dutiable at 40 percent under paragraph 339 as claimed.

SEPTEMBER 25, 1940

**No. 44394.**—Protests 954382–G, etc., of Eimer & Amend. Application by Government for rehearing granted.

**No. 44395.**—Protests 959988–G, etc., of Bellows & Co., Inc. Application by Government for rehearing granted.